

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Angelo Celedonio Santos,

Vs. No. 11-14-00173-CR

The State of Texas,

\* From the 90th District
Court of Stephens County,
Trial Court No. F34081.

\* October 31, 2014

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

     This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.